```
          IN THE UNITED STATES BANKRUPTCY COURT
        FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
                      DURHAM DIVISION
```

IN RE:                         )
                               )
MAPLES PROPERTIES, INC.        )  CASE NO. 04-81593
                               )
    Debtor.                    )  Chapter 7

<u>ORDER</u>

Consistent with the Memorandum Opinion entered contemporaneously herewith, it is

ORDERED that the motion for summary judgment filed by Maples Properties, Inc., on November 4, 2005 (Document Nos. 476 - 500) be and hereby is GRANTED IN PART and DENIED IN PART as follows:

A.  The motion for summary judgment is DENIED as to claims asserted for the recovery of money paid for monthly dues;

B.  The motion for summary judgment is DENIED as to claims asserted for the recovery of money paid for dining room minimums;

C.  The motion for summary judgment is GRANTED as to claims asserted for the recovery of money paid for membership fees.

_____PARTIES TO BE SERVED

John A. Northen, Esq.
Stephanie Osborne-Rodgers, Esq.
P.O. Box 2208
Chapel Hill, NC 27514-2208

Christine L. Myatt, Esq.
David Yarbrough, Esq.
P.O. Box 3463
Greensboro, NC 27402

Michael D. West, Bankruptcy Administrator

Sara A. Conti, Trustee

Ted & Velma Buschman
163 Hunter Trail
Southern Pines, NC 28387

William & Justine LaPorte
189 Hunter Trail
Southern Pines, NC 28387

Oscar & Joan Bell
319 Magnolia Circle
Southern Pines, NC 28387

Dennis & Carol Crook
313 Magnolia Circle
Southern Pines, NC 28387

Douglas & Ann Tobin
167 Hunter Trail
Southern Pines, NC 28387

Ann & David Thornton
2 Hunter Court
Southern Pines, NC 28387

Jim & Jean Walker
134 Hunter Trail
Southern Pines, NC 28387

Jim & Kay Gumbleton
233 Knoll Road
Southern Pines, NC 28387

Bud & Anne Hohn
277 Knoll Road
Southern Pines, NC 28387

Dan & Karol Burns
229 Hunter Trail
Southern Pines, NC 28387

Barbara J. O'Rand
104 Belmont Court
Southern Pines, NC 28387

William P. Elliott, Jr.
P.O. Box 1332
Pinehurst, NC 28370

Diane Norman
110 Paddock Lane
Southern Pines, NC 28387

Robert & Nancy Jacobs
16 Hunter Circle
Southern Pines, NC 28387

Richard & Marie Winterberg
22 Hunter Court
Southern Pines, NC 28387

Rod & Lois Harding
69 Paddock Lane
Southern Pines, NC 28387

Rudy & Barb Carlson
239 Knoll Road
Southern Pines, NC 28387

Howard & Ruth Danks
115 Triple Crown Circle
Southern Pines, NC 28387

Vince & Darlene Luppino
100 Paddock Lane
Southern Pines, NC 28387

David & Nancy Foote
118 Steeplechase Way
Southern Pines, NC 28387

Louis & Marilyn White
212 Starland Lane
Southern Pines, NC 28387

Ron & Lucie Saylor
178 Starland Lane
Southern Pines, NC 28387

Paul F. Biscardi
4 Tremont Street
Newburyport, MA 01959

George & Merlyn Smith
19851 Annenburg Drive
Ashburn, VA 26147

Pam Fairclough
233 West 99th Street, Apt.. 7B
New York, NY 10025-5017